UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEKOU K. THOMPSON,<br>Petitioner,<br>v.<br>EDWARD BORLA,<br>Respondent. | Case No. 2:25-cv-04931 KK (ADS)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Response, all the records and files herein, along with the July 24, 2026 Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 12]. No objections were filed and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation, [Dkt. No. 12], is accepted;

///

///

2. The Petition is dismissed;

3. The Certificate of Appealability is denied; and

4. Judgment is to be entered accordingly.

DATED: September 1, 2026

THE HONORABLE KENLY KIYA KATO
United States District Judge