JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEKOU K. THOMPSON,<br>Petitioner,<br>v.<br>EDWARD BORLA,<br>Respondent. | Case No. 2:25-cv-04931 KK (ADS)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Final Report and Recommendation of United States Magistrate Judge, IT IS HEREBY ADJUDGED that the Petition is dismissed.

DATED: September 1, 2026

HONORABLE KENLY KIYA KATO
United States District Judge